ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DAVID ZAMOS, II,, ) | |
| ) | CASE NO. 5:06CV1035 |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge John R. Adams |
| ) | |
| SBC OHIO, INC., *et al.*, ) | OPINION & ORDER |
| ) | [Resolving Docs. 8, 32] |
| Defendants. ) | |
| ) | |

This matter is before the Court on objections that the parties to this action filed in response to the Interim Report and Recommendation ("Interim R&R") that Magistrate Judge George J. Limbert issued in this matter. In his Interim R&R, the Magistrate Judge recommended that the Court grant, in part, Defendant The Ohio Bell Telephone Company's Motion to Dismiss for Lack of Jurisdiction.[1] According to the Magistrate Judge, *several* of Plaintiff's claims are within the exclusive jurisdiction of the Public Utilities Commission of Ohio ("the Commission").[2]

Defendant objected to the Interim R&R and claimed that *all* of Plaintiff's claims should be dismissed as within the exclusive jurisdiction of the Commission. Plaintiff, on the other hand, objected to the Interim R&R and claimed that *none* of his claims should be dismissed as within the exclusive jurisdiction of the Commission.

---

[1] In his Complaint, Plaintiff incorrectly named SBC Ohio, Inc. as a Defendant. The correct Defendant, however, is The Ohio Bell Telephone company, who formerly used the registered trade name "SBC Ohio, Inc."

[2] The Magistrate Judge's Interim R&R (ECF Doc. 21) sets forth the facts of this case and details Plaintiff's claims.

Pursuant to Federal Rule 72(b) and 28 U.S.C. § 636, the Court has conducted a de novo review of the parties objections and hereby ADOPTS the Magistrate Judge's Interim R&R. No further articulation of the Court's reasoning is necessary. *Tuggle v. Seabold*, 806 F.2d 87, 92-93 (6th Cir. 1986). Accordingly, Defendant's motion is GRANTED in part. The discovery stay is hereby lifted and the Court will schedule a status conference to discuss how this case will proceed and whether or not any dates need to be modified.

IT IS SO ORDERED.

  December 21, 2006                     */s/ John R. Adams*
Date                                       John R. Adams
                                               U.S. District Judge